**[J-50A-2019 and J-50B-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 78 MAP 2018 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court at No. 793 MDA |
| | : | 2017, Reconsideration Denied |
| v. | : | August 21, 2018, Affirming the Order |
| | : | of the Clinton County Court of |
| | : | Common Pleas, Criminal Division, at |
| NAPHEACE JAMAL COOPER-REID, | : | No. CP-18-CR-0000245-2016 dated |
| | : | May 8, 2017 and Remanding for |
| Appellant | : | further proceedings. |
| | : | |
| | : | ARGUED: November 20, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 79 MAP 2018 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court at No. 792 MDA |
| | : | 2017 dated June 13, 2018, |
| v. | : | Reconsideration Denied August 21, |
| | : | 2018, Affirming the Order of the |
| | : | Clinton County Court of Common |
| NELSON RIVERA JR., | : | Pleas, Criminal Division, at No. CP- |
| | : | 18-CR-0000513-2016 dated May 8, |
| Appellant | : | 2017 and Remanding for further |
| | : | proceedings. |
| | : | |
| | : | ARGUED: November 20, 2019 |

## ORDER

**PER CURIAM**                                                    **DECIDED: June 25, 2020**

**AND NOW**, this 25th day of June, 2020, the order of the Superior Court is

**VACATED**, and the cases are **REMANDED** to the Superior Court for reconsideration in

light of this Court's decision in *Commonwealth v. Johnson*, 40 EAP 2018.